# UNITED STATES DISTRICT COURT
for the
_____ District of _____
*Civil* Division

| | |
|---|---|
| *Christina D. Thundathil* <br> Plaintiff(s) <br> (Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) <br> -v- <br> *United States of America* <br> Defendant(s) <br> (Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | Case No. *8:24 cv 399 MSS-AAS* <br> (to be filled in by the Clerk's Office) |

## COMPLAINT AND REQUEST FOR INJUNCTION

I. **The Parties to This Complaint**

A. **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: *C. Thundathil*
Street Address: *200 Ave K SE Apt 446*
City and County: *Winter Haven Fl 33880 Polk*
State and Zip Code: *Florida 33880*
Telephone Number: *689 312 4981*
E-mail Address: *softhugs@icloud.com*

B. **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1
- Name: United States of America
- Job or Title (if known): Department of Veteran Affairs
- Street Address: 13800 Veterans Way
- City and County: Orlando
- State and Zip Code: Fl
- Telephone Number: 407-631-1000
- E-mail Address (if known): —

Defendant No. 2
- Name: United States of America
- Job or Title (if known): SEC of Veterans Affairs
- Street Address: 810 Vermont Avenue
- City and County: Washington DC 20420
- State and Zip Code: DC 20420
- Telephone Number:
- E-mail Address (if known): He blocks veterans / has private server.

Defendant No. 3
- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

Defendant No. 4
- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[X] Federal question         [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case. American Disabilities Act section 504 Rehab act of 1973, Title VI + Civil Rights act 1964, 1st and 4th Amendment Violations

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

    a. If the plaintiff is an individual
       The plaintiff, *(name)* Christian D Theodaki, is a citizen of the State of *(name)* Florida.

    b. If the plaintiff is a corporation
       The plaintiff, *(name)* ~~~~ copy, is incorporated under the laws of the State of *(name)* ~~Florida~~ copy,
       and has its principal place of business in the State of *(name)*
       _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual
       The defendant, *(name)* United States, is a citizen of the State of *(name)* Florida. Or is a citizen of *(foreign nation)* _____.

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

b. If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*: Travel pay. VA employee chased me down the hall B/ce I took his picture. VA restrained me on false allegation of an employee. Can't get timely medical care or travel pay.

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the injunction or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?

Orlando VA medical Lake Nona VA medical out 13800 Veterans Way Orlando Fl  Lake Baldwin Outpatient Clinic 5201 Raymond Street Orlando Fl 32803

B. What date and approximate time did the events giving rise to your claim(s) occur?

August 28 2023
January 10 2023

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

I made a bullet list on you. There is video from me also.

## IV. Irreparable Injury

Explain why monetary damages at a later time would not adequately compensate you for the injuries you sustained, are sustaining, or will sustain as a result of the events described above, or why such compensation could not be measured.

I am both, nd in sops. The UA keeps passing me around. Won't help. I have exhasted every meas unavailable to me. It got so bad, that I was cutting had stopped then this UA called the cops on me, sent crisis I iu after me to punish me, when they were the reson I'du all of it, they wouldn't follow the law, but say I can't sue "fuck it" I filed and did all they wanted. I am not doing this from them anymore. cont'd.

## V. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

I am asking the court to issue an injunction making the account in depoet meet paying me what they owe me in addition to $2500 in damages. Travel/for dental and melborune, Fl for plast surgery. I am asking the court to stat order then losing me the Nucula injections on find the scope of all the itching. I am asking the court to order UA OIT to find why all of my messases also in to Oklahoma /alabama/ no travel allowed to be filed. I even have screenshots when they blocked me from talking to my doctors. We can figure out police brutabity later.

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 9 Feb 2024

Signature of Plaintiff: *[signature]*
Printed Name of Plaintiff: Christina D. Thundathil

### B. For Attorneys

Date of signing: _____

Signature of Attorney: _____
Printed Name of Attorney: _____
Bar Number: _____
Name of Law Firm: _____
Street Address: _____
State and Zip Code: _____
Telephone Number: _____
E-mail Address: _____