Explain Expenses

When I was divorced I lost income because that is the rules.

The federal circuit is familiar with me. I never say anything I can't prove and have tons of evidence.

The Department of Veterans Affairs has again punished me for some perceived wrong.

They said they would help me with school because I lost my job due to domestic violence. Police as usual useless and contributed to the issue over my rape case in the Army. They enjoy this.

It has to be said the man (ARMY NG) who I accused who was finally caught after he raped more women in Iowa. The Sheriff department caught him. Now everyone is sorry.

Joni Ernst owns that crap, so does each cop who covered for him. They hate women.

The female Paula Sincele lied in my VOC REHAB LETTER said that I withdrew my application for benefits because she made an appointment the same day I had court for my minor daughter in another county. I had to attend. The Sheriff there was not doing his due diligence on tackling drugs with minors nor was local police. I went and took pictures of kids jumping the fence and police not stopping them.

My daughter needed help. There was more violence going on. The Department of Veterans Affairs made me choose between helping my daughter or special needs child. So, I cursed her out and went to her LinkedIn page and chewed her out. She got scared.

Her friend threatened me said that I would be denied for VOC REHAB because the female Lied. I had to borrow money to get the degree I am getting now .

I lost more money. State of Florida does not care if VA pays the bills. They want money. I had dental implants. Now VA in Orlando is holding the travel money hostage and won't release it. The Dental section chief said they would authorize a replacement because I made a mistake and lost the bottom on and he lied. The dentist said no authorization exist.

I loose more income at the end of the month because a child turns 18.

I am at risk for losing my license. Why couldn't they just do their job. I am sorry that I am female. But I like that I am girl and I like BOYS.

Want money make them pay for it, this is their fault.

I didn't do anything wrong to warrant this behavior.

C. Thundathil



**DEPARTMENT OF VETERANS AFFAIRS**
**Orlando VA Healthcare System (OVAHCS)**
**13800 Veterans Way**
**Orlando, FL  32827**

In Reply Refer To:
Christina Thundathil

September 13, 2023

The Honorable Scott Franklin
Member, U.S. House of Representatives
124 S. Florida Avenue Suite 304
Lakeland, FL  33801

Dear Representative Franklin,

This letter is in response to your recent inquiry regarding your constituent, Ms. Christina Thundathil of Winter Haven, Florida and her care at the Orlando VA Healthcare System (OVAHCS).  VA remains committed to honoring our Nation's Veterans by ensuring a safe environment to deliver exceptional health care.  I would like to apologize for the difficulties experienced, as we strive to provide the highest quality service to all Veterans who seek our care.

Ms. Thundathil has expressed her concerns regarding a delay in travel pay reimbursement, which she purports caused her to cancel her Pulmonary appointments for monthly medication injections.  She also expressed concerns regarding a matter with Vocational Rehabilitation (Voc Rehab) in reference to an application and scheduling.

**Beneficiary Travel:** On August 23, 2023, Mr. Harold Hosty, Lead Transportation Assistant, contacted Ms. Thundathil via My HealtheVet Secure Message (SM) to inform her there were no current claims created through the Beneficiary Self Service System (BTSSS) with the exception of claims for March 24, 2023 and April 5, 2023, and an incomplete claim for August 15, 2023.  Mr. Hosty explained that the incomplete claim requires clarification to the location of the appointment so she can be reimbursed accordingly.  The Veteran was also informed that all claims must be submitted within 30 days of her appointment to qualify for travel reimbursement.  Mr. Hosty included a summary of her claim history for dates that have been processed below.  All claims except for July 25, 2023 and September 6, 2023 were paid out on August 28, 2023. Mr. Hosty confirmed these two claims are in a "submitted for payment" to be processed.

June 14, 2023
June 28, 2023
June 30, 2023
July 14, 2023
July 25, 2023
July 27, 2023
September 6, 2023

The Honorable Scott Franklin
Page Two

    **Pulmonary:** Ms. Thundathil was seen by Pulmonary in the Emergency Department on Friday, September 8, 2023 by Dr. Ly.  At that time, she indicated that she had just received her NUCALA injection for her eosinophilic asthma the day prior. She last filled her prescription on September 1, 2023 and has two (2) remaining refills available.  Each injection is good for four (4) weeks.  Additionally, she has a Pulmonary follow-up appointment on October 2, 2023 and has a Nurse intervention appointment set up to occur monthly with her next scheduled consult on September 20, 2023.

    **Voc Rehab:** Ms. Thundathil is not enrolled in OVAHCS' Vocational Rehabilitation Treatment Program. The individual she referenced in her concern is affiliated with VBA, St. Petersburg Regional Office.  Upon further inquiry, we were able to obtain a copy of the Congressional response from this office, which is included below for your review.

*"The St. Petersburg Regional Office provides the following information in response to your inquiry dated May 15, 2023:"*

*"Ms. Christina Thundathil contacted the St. Petersburg VRE Office on May 11, 2023, regarding her case closure and appointments. Ms. Thundathil spoke with a Program Support Specialist (PSS), who explained the scheduling procedure and assured her that her file could be reopened. A VRE supervisor emailed Ms. Thundathil at christina.thundathil@icloud.com to verify she was provided all needed information and to inform her a new counselor will be assigned per her request. She was also reminded she has the ability to reschedule any appointment. Ms. Thundathil responded to the email and stated she will not be reapplying, as she feels the program violated scheduling procedures. She indicated she would be blocking all calls and did not want to be contacted by the VRE office again.*

*"A customer service letter was mailed to Ms. Thundathil on May 23, 2023, informing her of the receipt of her White House inquiry and reminding her she can reapply at any time at www.va.gov by filling out VA form 28-1900. In addition, she was reminded she could have a new counselor assigned who will work with her schedule for an appointment. She was provided contact information for the local VRE office in the letter".*

    Thank you for your continuing interest in our nation's Veterans.  Should Ms.  Thundathil have additional questions regarding her care, she may contact Mr. Harold Hosty at, 407-631-1133.

                       Sincerely,

                       **TIMOTHY** Digitally signed by
                       TIMOTHY COOKE
                       **COOKE** Date: 2023.09.14
                       16:57:14 -04'00'

                       Timothy J. Cooke
                       Medical Center Director/CEO

From: **Bermudez, Pensri-Kimoni (Penny) M.** Pensri-Kimoni.Bermudez@va.gov
Subject: **RE: [EXTERNAL] Re: Travel Pay TIME SENSITIVE**
Date: **Jan 24, 2024 at 2:06:39 PM**
To: **Christina Thundathil** christina.thundathil@icloud.com
Cc: **Lieberman, Steven** Steven.Lieberman2@va.gov, **VHA MS VTP
    Leadership** VHAMSVTPLeadership@va.gov, **Terri Finger**
    Terri_Finger@rubio.senate.gov

Hello,

I've reached out to Fiscal regarding the concerns below awaiting a response.


**From:** Christina Thundathil <christina.thundathil@icloud.com>
**Sent:** Wednesday, January 24, 2024 1:14 PM
**To:** Bermudez, Pensri-Kimoni (Penny) M. <Pensri-Kimoni.Bermudez@va.gov>
**Cc:** Lieberman, Steven <Steven.Lieberman2@va.gov>; VHA MS VTP Leadership
<VHAMSVTPLeadership@va.gov>; Terri Finger <Terri_Finger@rubio.senate.gov>
**Subject:** Re: [EXTERNAL] Re: Travel Pay TIME SENSITIVE

Hi,
I have been calling for days and they have yet to answer.

I took what you told me and compared it to what was given to me by my Congressman office.

Your Director is a Liar.

Now my patience is running thin. I gave this document to my Senator Representative for an
inquiry.

How in the heck they ended up with "member number" or whatever escapes me. How you said
that accounting stop/deleted it the same day the Director said the deposit was sent is crazy.

I have demands. You should have been given this document last week. Your deadline is today.

I will be at the Federal Court House tomorrow morning to file an injunction against Orlando
VAMC for this. 6 months is too long.

Get your employees in line. Tell your Director to stop lying.

I have had my belly fully. I am looking for a lawyer over that VA employee chasing me down the
hall and illegal VA police encounter. I am not putting up with this crap.

You will find my challenge to what the lies Lake Nona Director said to my Congressman and
events since then.

Tell him I said hi.

To: Orlando VAMC
    Director

From: Christina D. Thundathil

CC: Congressman Scott Franklin Office
    Senator Marco Rubio Office


Date: 19 January 2024

Issues: Travel Pay
       NUCULA
       VOC REHAB
       MATERIAL MISSTATEMENTS


Mr. Director,

   The law states that I can ask for up to $2500 from this VAMC for damages due to issues from VA personal.

I am sending threw my member of Congress conflicting statements, lies, material misinformation made by your staff including you.

This caused me severe financial hardship.

I went hungry. Turned heat off to cut electricity bill.

You cited in your letter to my Congressman that I had my shot. Did you know they sent the wrong dosage? 100mg is what they sent. So I have not had proper dosage since July 2023. I can't give myself 3 shots.

I have had to stop wearing earrings.
I take double doses of anxiety meds to keep itching under control. All for this because of no travel.

I waited for the girl. She said 4 months. They made material misstatements.

The Department of Veterans Affairs butchered me. You guys literally destroyed my life when I was falsely accused but you have these lower level employees (yes bad language) lying and it fine? No You making me live to a standard they as in VA employees don't have too. I am feed up.

You had a court reporter sit at a table with Dr. Linda Endres, tell me in writing that coughing up blood was no need for concern and that "my doctors had no worries for me. That I am in good health." It was Dr. Shariff who found the Eosinophilic Asthma when you tried to kill me. You had the damn blood work and DID NOT LISTEN to ME. Why? I saved that shit. I have restrained myself.


Dr. Sharif tried your approach to COPD, asthma. I kept getting worse. More blood, feet swelling, heart was getting damage. 2 years after that letter I was diagnosed with IPF, Constrictive Bronchiolitis.

You guys said stop smoking and then would not help me. Who does that?

Healthcare stopped because I keep saying there is no travel. No travel.

The disagreement came in when I asked if you would cover travel to the VET CENTER for me to see the gentleman in Tampa. I really liked him.

She said "you have to be referred or no."

So you would not refer me out, initially. You get mad at me for using profanity. Sick the cops on me when you know some of them have ZERO temperance to deal with veterans. Then you  don't tell them the whole truth. But I am the one unstable? Or am I responding to the circumstances given to me? Yes I am responding to the circumstances given to me. I am not unstable. You have issues.

I kept saying no travel.
I kept saying then I was in emotional distress. I was cutting. Nobody cared.
No mental health. I am not cutting now. It took a WHOLE DAMN YEAR. 1 year Mr. Director. You should be fired.

BTSS so screwed up. The appointments don't filter threw. Have you ever tried to claim travel? Have you ever tried to CALL? OMFG do they always answer the phone? NO.

Then you told the Congressman that I had 30 days which was another material misstatement. There was a statement on the VA website CONTRADICTING YOU, which  allows for a whole year. It has now expired but at that time, You lied to a Congressman. Why?

So when BTSS doesn't work and I can't submit travel then I miss it. Does Capital One care? Discover? My American Express? Or what about money that I use for gas, tolls that I needed for Professional Dues? You don't understand the scope of the damage your employees have done.

But it's fine because they have a job. I am starting over. At 44 almost 45, you guys have been a thorn in my ass, as USUAL.

You have the Secretary sitting in Washington saying he cares about women veterans. He is a damn liar. Where is his balls? Trump would never allow this. I am telling. I am singing like a damn canary on a Sunday morning after a spring shower.

Your people in travel didn't even follow regulations on HARDSHIP. It says to WAIVE DEDUCTIBLES FOR VETERANS WHO HAVE HARDSHIP. But again reading is hard for them.

The Governor of Florida, courts, police don't give a shit that your employees can't read, write and lack basic critical thinking skills. They want their money. So when my license if suspended because of toll violations I eat the cost. Driving to court, I eat the cost. When all of this would have been avoided if they did their damn job.

They use bird view to calculate travel and lack critical thinking skills. The route they take me threw IS TOLL territory but they want me to jump threw more hoops and submit toll receipts despite GOOGLE and APPLE maps showing tolls that I have to take.

Did they get threw 3rd grade? I am concerned deeply. Can they add?

The rules say LEAST BURDENSOME FOR THE VETERAN.

Then you said to my Congressman that my claims were paid out on August 28, 2023. Which was a material misstatement.

Then you had your programmer send me a fake tracing statement.

USAA could find no deposit with those tracing numbers which indicates it's FAKE.

I was told by USAA that the account number was incorrect so it was sent back. They submitted this is Consumer Protection Bureau. USAA has been investigated 4 times over the actions of your employees. I am releasing their names to the public and to USAA. They should be held financially responsible. Any consequences they bear them.

A lady with VBA  said they changed the account number. Sent it to the account number that I closed because USAA knew about the deposits but didn't give it to me.

Your patient advocate advised that fiscal which is accounting never sent anything but decided to cancel everything the same day you told my Congressman it was paid. How is that?

How do you get tracing numbers for something that is CANCELLED? Forgery.

They gave no reason why. They violated VA protocol by denying it and not sending me appeal letter which violated my due process rights. If they didn't deny it they should have issued a check according to VA regulations. So VA unjustly enriched themselves with my money and prevented me from obtaining my healthcare benefits allowed by law.

Can they read? They are protected by a corrupt system. You allowed it. You lied to a U.S. Congressman for Christ sake. Have you no dignity? I don't go to church because I ran out of money taking care of Samantha. That's all they want. But even I don't do that You think I wouldn't figure that out?

Then you tried to say that on VOC  REHAB I said that I was blocking the entire department, and would not answer. Produce the damn document.

The issue at hand again: Paula Sincele made an appointment for me to met with her. I had court for Abigail my middle daughter in Seminole County. I begged her to change the time. See when I am polite and kind I am ran over. She said NO. There was no button to reschedule. She mailed a letter to my house because she made me choose between getting a job to take care of Samantha or be there in court for Abbey. She LIED and said that I withdrew my application when I didn't. How can the VA MAKE ME CHOOSE BETWEEN MY KIDS? How could you?

I sent her a message on LinkedIn she got scared.  You people don't close down your privacy settings and blind schedule; using 3rd party software and companies that are totally crap. They were the reason for the incorrect format. But yawl won't admit it.

Her colleague threatened me. No consequences.

The supervisor was trying to cover her behavior. She can't stop me from gathering information that Paula or Jeff hand over freely. It's called OPEN SOURCE. They don't know what they are talking about. Stay in your lane.

Don't want to be on my radar? Be polite. Do your job. Don't cause damage like this and I won't have reason to look at you or your stuff.

I teach people techniques to protect their privacy. I wouldn't teach them a damn thing. All I ask for is people do their job. I never broke the law but she did. She's ignorant.

I didn't contact her after threw the supervisor said not to but the threat that I would be denied for VOC REHAB from Jeff was true. He said it proves you can't work with people. Who in the hell wants to work with people who break the law/ break policy? Ya you can keep them. I don't associate with those type. You still told a lie/ material misstatement to a member of Congress.

If they don't want me to use bad language then they need to understand at what point I am at when I start using it. It means I am feed up.

You lied to a Congressman again.
That Supervisor kept calling me.

I did reapply twice. Nothing. They wouldn't help me. Fine. That's what the VA does to women veterans. You abandon us and make us do it ourselves. So I did. I borrowed money for school. Fuck you and your nasty team. You can kiss my ass, it's a medium now. Try Weight training, I highly recommend it.


Jeff said VA police were going to get me. They said it was okay for a GS-5 to chase me down the hall for taking his photo over travel. One didn't know it was my right to take photos. Then said saying "fuck" is against the law. Violated my 1$^{st}$and 4th amendment rights over a lie. Great "Police work"😊

So again we have a standard that you expect me to live up too, but they get to do whatever which is breaking rules, regulations. I can't have that.

Demands
1. I will take the $2500

2. I will take all travel pay owed to me including Melbourne plastic surgery. You paid the consult/ claim.
3. I will take all dental claims paid up to date.
4. I want you to act like a veteran Mr. Director and have IT staff make you a regular "veteran" account. Make an appointment in the system and have them check you in and then out .File travel. Then you submit what happened to Secretary of Veterans Affairs. I use my iPhone and use Safari. Chrome is a data whore. No. I have no Google at all on my iPhone.
5. I need my shots back.
6. I want a new primary care doctor.
7. I want you to provide a written explanation or verbal to me and the people in this letter on why you lied, made material misstatements, why your employees made me suffer for no reason and why a fake document was created to misled me.
8. VOC REHAB TRANSFERRED OUT OF Saint Petersburg or wherever these people are.
9. Privacy audit QUICKLY, anyone not on my team I want them DISCIPLINED QUICKLY. I will also need their name.
10. I want access to secure messages back. I have a message where I am blocked from sending messages to my own doctors. Challenge me I dare you.
11. I want travel blocked from contacting me. I want them restricted from my record and the programmer. Find someone else that has integrity.
12. I want permission to be able to reach out as I SEE FIT without threats from ANTIFA components in secure messenger. I initiate conversations with lower level staff. Doctors and nurses have never been an issue. It's junk employees travel, appointment setters, etc. it's the people who should be "face of VA" that make you look like shit.
13. I am submitting my own complaint to a regulatory body that VA Office of IT is violating Federal law on making IT standards 508 accessible. That's me. I found your source code. I found other things. Shame shame.

You also have the option of sending me into the community for all my healthcare.

There are time limits . They are getting this document Friday morning the 19th of January 2024. You have until 24th of January 2024 to :

A. Say nothing and make a deposit in my discover bank account
B. Fight it
C. Provide explanation and grant relief
D. Grant partial relief

Either way after the close of 24th business day VA operating hours I will take this as a denial and proceed with next steps.

Have a good day,
Christina D. Thundathil

On Jan 16, 2024, at 11:39 AM, Bermudez, Pensri-Kimoni (Penny) M. <Pensri-Kimoni.Bermudez@va.gov> wrote:

As per our discussion please contact Accounting at:  407-631-4606 or 407-631-4828

Once your banking information has been updated, please have accounting to reach out to me so we can have your claims reprocessed. Also, after the banking information has been updated I'll have you to send in those claims that have not been entered so they can be processed for payment.

**From:** Christina Thundathil <christina.thundathil@icloud.com>
**Sent:** Tuesday, January 16, 2024 10:38 AM
**To:** Bermudez, Pensri-Kimoni (Penny) M. <Pensri-Kimoni.Bermudez@va.gov>
**Subject:** Re: [EXTERNAL] Re: Travel Pay

I am sorry. Please try again.

On Jan 16, 2024, at 9:40 AM, Bermudez, Pensri-Kimoni (Penny) M. <Pensri-Kimoni.Bermudez@va.gov> wrote:

I just tried to call you got VM please advise a good time to reach you.

**From:** Christina Thundathil <christina.thundathil@icloud.com>

**Sent:** Tuesday, January 16, 2024 9:30 AM
**To:** Bermudez, Pensri-Kimoni (Penny) M. <Pensri-Kimoni.Bermudez@va.gov>
**Subject:** [EXTERNAL] Re: Travel Pay

689-312-4981

On Jan 16, 2024, at 8:27 AM, Bermudez, Pensri-Kimoni (Penny) M. <Pensri-Kimoni.Bermudez@va.gov> wrote:

Good morning,

Reaching out regarding the issues you are experiencing with travel pay. May you please provide me with a good contact number for you so I can contact you?

Respectfully,

**Claim created by User on 9/11/2023** - Saved

Claim & Appointment   Caregiver Info   Donee   Expenses   Processing   Letters   **Payment Details**   Claimant Info   Integration Info   Notes   Related ~

**Claim created by Super User on 9/11/2023** - Saved

Claim & Appointment   Caregiver Info   Donee   Expenses   Processing   Letters   **Payment Details**   Claimant Info   Integration Info   Notes   Related ~

**Claim created by Super User on 9/11/2023** - Saved

Claim & Appointment   Caregiver Info   Donee   Expenses   Processing   Letters   **Payment Details**   Claimant Info   Integration Info   Notes   Related ~

**Claim created by Super User on 8/23/2023** - Saved

Claim & Appointment   Caregiver Info   Donee   Expenses   Processing   Letters   **Payment Details**   Claimant Info   Integration Info   Notes   Related ~

**Claim created by Super User on 8/23/2023** - Saved

Claim & Appointment   Caregiver Info   Donee   Expenses   Processing   Letters   **Payment Details**   Claimant Info   Integration Info   Notes   Related ~

**Claim created by Super User on 8/23/2023** - Saved

Claim & Appointment   Caregiver Info   Donee   Expenses   Processing   Letters   **Payment Details**   Claimant Info   Integration Info   Notes   Related ~

**Claim created by Super User on 8/23/2023** - Saved

Claim & Appointment   Caregiver Info   Donee   Expenses   Processing   Letters   **Payment Details**   Claimant Info   Integration Info   Notes   Related ~

**Claim created by Super User on 8/23/2023** - Saved

Claim & Appointment   Caregiver Info   Donee   Expenses   Processing   Letters   **Payment Details**   Claimant Info   Integration Info   Notes   Related ~

Claim created by CHRISTINA DANIELLE THUNDATHIL on 4/22/2023 · [...]
Claim · Change Claim Status ·

Claim & Appointment   Caregiver Info   Dates   Expenses   Processing   Letters   Payment Details   Contract Info   Integration Info   Notes   Related ∨

Payment Details

| Payment Amount | 336.02 | Payment Date | 3.7.4.23 | Trace # / Check # | 5881250 |
| Date of the ETC1 | 47V26463 | Own in By FSC | SO675CE5017 | Funding Status # | 675 |
| Approved for Payment Date | 4-13-33 | Check Cancellation Date | ... | Check Cancellation Reason | -- |
| Payment ID/V Auth Number | [...] | Payment Transaction ID | CN00570 | | |

Claim created by CHRISTINA DANIELLE THUNDATHIL on 4/22/2023 · [...]
Claim · Change Claim Status ·

Claim & Appointment   Caregiver Info   Dates   Expenses   Processing   Letters   Payment Details   Contract Info   Integration Info   Notes   Related ∨

Payment Details

| Payment Amount | 336.02 | Payment Date | 3.7.4.23 | Trace # / Check # | 5891250 |
| Date of the ETC | 47V26463 | Own in By FSC | SO675CE5017 | Funding Status # | 675 |
| Approved for Payment Date | 4-13-33 | Check Cancellation Date | ... | Check Cancellation Reason | -- |
| Payment ID/V Auth Number | 1807V26374 | Payment Transaction ID | CN00565 | | |

R Mark Matar, DMD

731 West Morse Blvd

Winter Park , FL  32789-3794

Wednesday, 01/10/2024

To whom it may concern,

This letter is to verify that this veteran Christina Thundathil  had a dental appt scheduled at my office today, (Wednesday, January 10, 2024)  Please consider this letter for travel re-imbursment for this veteran.

VA Travel Letters for past appointments at our office are down below.

09/6/23
10/30/23
11/22/23
12/6/23
12/21/23

Sincerely,

R Mark Matar, DMD MAGD

Matar & Resnik
731 W. Morse Blvd.
Winter Park, FL. 32789

12:18

5G

*Pls deal sensitive financial info*

USAA FSB regarding this matter and the requested trace number was not provided. Two ACH credits of $4,389.85 each posted to checking 4046 on September 27, and October 28, 2023. Additionally, on September 30, 2023, a $22.49 purchase transaction to ML Ticketing posted to your credit card ending in 0560. This was the only credit card transaction observed during the aforementioned timeframe, and there were no contacts with Credit Card Servicing staff to discuss any concerns related to your credit card accounts. The finance charges incurred were the result of the account balance and are valid charges. Upon receipt of your additional submission, our Bank Member Advocacy (BMA) staff conducted a thorough investigation and did not validate any allegations of error or wrongdoing. The actions taken were appropriate and in accordance with established policies and procedures and applicable banking requirements. The Depository Agreement and Disclosures (DAD) discloses that you must use your account number and not your USAA member number on deposit instructions. You must correctly identify the account number into which you want funds deposited. We are not responsible for any delay, claim, cost, loss, or damage caused by your failure to properly identify the account intended to be credited. We may credit an account based solely on the account number you provide, even if the name on the deposit

*pls soul*

 **Consumer Financial Protection Bureau**    Start a new complaint
(https://www.consumerfinance.gov/)

 All complaints (.)

# 231125-12586017
**CLOSED**

✓ **Submitted**

| STATUS | PRODUCT | ISSUE |
|---|---|---|
| Submitted to the CFPB on 11/25/2023 | Checking or savings account | Managing an account |

### We received your complaint. Thank you.

We will review your complaint. Depending on what we find, we will typically:

- Send your complaint to the company for a response; or
- Send your complaint to another state or federal agency, or help you get in touch with your state or local consumer protection office; or
- Let you know if we need more information to continue our work.

---

**YOUR COMPLAINT**

I am a combat veteran of the post 9/11 war. I suffer from life threatening conditions that require me to travel to my local VAMC and at times to other places for healthcare. The Department of Veterans Affairs has a travel program that reimburses veterans for travel. Those funds are

supposed to be distributed to me. I reached out to USAA after contacting my Congressman when the funds were not given to me. It about $1,000. I had to use my credit cards with high interest rates to get gas and basic things because of this error. USAA did not do anything. On September 20,2023 they sent me an E-Letter indicating they would do nothing. I still had not been paid travel. I had to cut doctors appointments for NUCULA SHOT. I had severe bruising and couldn't go to the doctor because I had no money for travel. They were sent funds with my name on it but a wrong account number. They gave someone my money. Instead of doing the right thing and looking they made me suffer for no reason. They are negligent to say the very least. I want be recompensed for their stupid ass actions. 10 transactions ranging from $83.74 to $44.28. Paid on 09/18/2023 and 09/14/2023 all through out the month of September. They stole from me. Why? What did I do?

View full complaint ⊕

## ✓ Sent to company

**STATUS**

Sent to company on 11/25/2023

We've sent your complaint to the company, and we will let you know when they respond.

Their response should include the steps they took, or will take, to address your complaint.

Companies generally respond in 15 days. In some cases, the company will let you know their response is in progress and provide a final response in 60 days.

 **Company responded**

**STATUS**

Company responded on
12/6/2023

**RESPONSE TYPE**

Closed with explanation

### Company's Response

We are responding to the concerns about the USAA Federal Savings Bank (FSB) you outlined in your correspondence to the Consumer Financial Protection Bureau regarding your deposit account. Our records indicate that on August 30, 2023, an ACH credit of $4,389.85 posted to your checking account ending in 4046. On September 20, 2023, you reported a missing $1,200.00 ACH deposit and a dispute was initiated. You were encouraged to obtain a 15-digit trace number to locate the funds. The funds were not located with the information provided and resolution was conveyed to you in writing. There were no further contacts to USAA FSB regarding this matter and the requested trace number was not provided. Two ACH credits of $4,389.85 each posted to checking 4046 on September 27, and October 28, 2023. Additionally, on September 30, 2023, a $22.49 purchase transaction to ML Ticketing posted to your credit card ending in 0560. This was the only credit card transaction observed during the aforementioned timeframe, and there were no contacts with Credit Card Servicing staff to discuss any concerns related to your credit card accounts. The finance charges incurred were the result of the account balance and are valid charges. Upon receipt of your submission, our Bank Member Advocacy (BMA) staff conducted a thorough investigation and did not validate any allegations of error or wrongdoing. The actions taken were appropriate and in accordance with established policies and procedures and applicable banking requirements. The Depository Agreement and Disclosures (DAD) discloses that you must use your account number and not your USAA member number on deposit instructions. You must correctly identify the account number into which you want funds deposited. We are not responsible for any delay, claim, cost, loss, or damage caused by your failure to properly identify the

account intended to be credited. We may credit an account based solely on the account number you provide, even if the name on the deposit or other credit instruction differs from the name on the account. Therefore, we respectfully decline your request for monetary compensation and finance charge reimbursement. We encourage you to work with the originator of the ACH funds for further recourse. We understand this is not the resolution you were seeking, but trust this information clarifies our position. Our BMA staff remains available should you have any additional questions related to this matter.

## Feedback requested

**STATUS**

Feedback requested on 12/6/2023

**FEEDBACK DUE**

2/4/2024

### Provide feedback about the company's response

We welcome your feedback on how the company responded to your complaint. You will have 60 days from when the company responded to share your feedback. The CFPB will share your feedback responses with the company and use the information to help the CFPB's work with consumer complaints.

**Submit your feedback**

## Closed

The CFPB has closed your complaint.

## Privacy Act Statement

## OMB #3170-0011

## Note on user experience

Have a question? ¿Preguntas?

(855) 411-2372

TTY/TTD: (855) 729-2372

8 a.m. to 8 p.m. ET, Monday through Friday
(except federal holidays). (https://www.opm.gov/policy-data-oversight/pay-leave/federal-holidays/#url=Overview)

More than 180 languages available.

An official website of the United States Government

# 38 CFR § 1.218 - Security and law enforcement at VA facilities.

- <u>CFR</u>

prev | <u>next</u>

## § 1.218 Security and law enforcement at VA facilities.

**(a)** *Authority and rules of conduct.* Pursuant to <u>38 U.S.C. 901</u>, the following rules and regulations apply at all property under the charge and control of VA (and not under the charge and control of the General Services Administration) and to all <u>persons</u> entering in or on such property. The head of the facility is charged with the responsibility for the enforcement of these rules and regulations and shall cause these rules and regulations to be posted in a conspicuous place on the property.

**(1)** *Closing property to public.* The head of the facility, or designee, shall establish visiting hours for the convenience of the public and shall establish specific hours for the transaction of business with the public. The property shall be closed to the public during other than the hours so established. In emergency situations, the property shall be closed to the public when reasonably necessary to ensure the orderly conduct of Government business. The decision to close a property during an emergency shall be made by the head of the facility or designee. The head of the facility or designee shall have authority to designate areas within a facility as closed to the public.

**(2)** *Recording presence.* Admission to property during periods when such property is closed to the public will be limited to <u>persons</u> authorized by the head of the facility or designee. Such <u>persons</u> may be required to sign a register and/or display identification documents when <u>requested</u> to do so by VA police, or other authorized <u>individual</u>. No <u>person</u>, without authorization, shall enter upon or remain on such property while the property is closed. Failure to leave such premises by unauthorized <u>persons</u> shall constitute an offense under this paragraph.

**(3)** *Preservation of property.* The improper disposal of rubbish on property; the spitting on the property; the creation of any hazard on property to <u>persons</u> or things; the throwing of articles of any kind from a building; the climbing upon the roof or any part of the building, without permission; or the willful destruction,

damage, or removal of Government property or any part thereof, without authorization, is prohibited. The destruction, mutilation, defacement, injury, or removal of any monument, gravestone, or other structure within the limits of any national cemetery is prohibited.

**(4) *Conformity with signs and emergency conditions.*** The head of the facility, or designee, shall have authority to post signs of a prohibitory and directory nature. Persons, in and on property, shall comply with such signs of a prohibitory or directory nature, and during emergencies, with the direction of police authorities and other authorized officials. Tampering with, destruction, marring, or removal of such posted signs is prohibited.

**(5) *Disturbances.*** Conduct on property which creates loud or unusual noise; which unreasonably obstructs the usual use of entrances, foyers, lobbies, corridors, offices, elevators, stairways, or parking lots; which otherwise impedes or disrupts the performance of official duties by Government employees; which prevents one from obtaining medical or other services provided on the property in a timely manner; or the use of loud, abusive, or otherwise improper language; or unwarranted loitering, sleeping, or assembly is prohibited. In addition to measures designed to secure voluntary terminations of violations of this paragraph the head of the facility or designee may cause the issuance of orders for persons who are creating a disturbance to depart the property. Failure to leave the premises when so ordered constitutes a further disturbance within the meaning of this rule, and the offender is subject to arrest and removal from the premises.

**(6) *Gambling.*** Participating in games for money or for tangible or intangible things, or the operating of gambling devices, the conduct of a lottery or pool, or the selling or purchasing of numbers tickets, in or on property is prohibited.

**(7) *Alcoholic beverages and narcotics.*** Operating a motor vehicle on property by a person under the influence of alcoholic beverages, narcotic drugs, hallucinogens, marijuana, barbiturates, or amphetamines is prohibited. Entering property under the influence of any narcotic drug, hallucinogen, marijuana, barbiturate, amphetamine, or alcoholic beverage (unless prescribed by a physician) is prohibited. The use on property of any narcotic drug, hallucinogen, marijuana, barbiturate, or amphetamine (unless prescribed by a physician) is prohibited. The introduction or possession of alcoholic beverages or any narcotic drug, hallucinogen, marijuana, barbiturate, and amphetamine on property is prohibited, except for liquor or drugs prescribed for use by medical authority for medical purposes. Provided such possession is consistent with the laws of the

*plz seal this document*
*has info that can damage U.S.*
*and interest*

Complaint contd' PART C
EVENTS TRAVEL PAY
   NAMES OF PARTIES BUT EXCUSES MADE  BASED ON EVIDENCE
   1.   I asked for help because BTSS was not  working properly .You would try to claim travel and the
        after you left the appointment it would like never show up. So you have to call and get
        someone and they always didn't answer the phone. Then send an email. Which is a pain.


   2.   In a message I said to them one time there is problems with BTSS and they responded "Oh Ya?"
   without even trying to help me . I did not know how to take that much less understanding it. So I went
   into great detail explaining why they needed to do their job.
   3.   Then I asked if VA Orlando would pay for to  go VET CENTER IN TAMPA for mental health .The girl
   named Tanyell Jackson said Orlando VAMC had to refer me or no I had to eat the cost. I was struggling. I
   do not drink or do drugs . I don't abuse prescription drugs. So, I went to extreme links to prove he
   abused me and VA helped him, so did  police officers helped him. He wrote out the abuse in text
   messages. I sent it to the FBI. Just like I did to the military. I lost so much. You have no idea. Now I was
   back to depending on VA for substandard care. I mean if it's so great why aren't they getting their care at
   VA hospitals? VA Orlando would not give me therapy it was fly by night crap. I took the advice and
   bought the books suggested to me . I really liked the man in Tampa. The female I have now is okay but
   she is just not clicking. She is nothing like Dr. BART or the man at the Vet Center in Tampa. I clicked with
   them. She googled me. I guess it's fine. I don't want anyone thinking I am lying 😣. So I was back to
   nothing. It took me a whole year to find someone. I ate the cost for so much that I began to cut. I guess
   people thought "she is an attention seeker." No it kept me alive. I had made two separate plans of ending
   my life. I learned that the right sided heart catheter went threw a major artery. I learned how close it
   was to the top of my leg. I know what happened when I took aspirin and when you sit in heat. So I had
   planned to do it  when I went to Jacksonville and a stupid cop fucked it up. So I ended up finding a
   vulnerability and reporting it. So I said lets just cut. So I cut my arms up. In 20 years nothing had
   changed. I bought a bottle of vodka and aspirin. On a suicide board inhalation with alcohol is how a
   mother lost her daughter. I knew my system was already compromised from my lungs. But this FDLE
   agent said that I had real talent. He gave me hope even though I was being rejected and had stopped
   applying and was being treated very poorly by Polk County Sheriff deputies. So I GOT to the root of my
   issues. Not Vet center, not anyone but me. I developed a working, trusting relationship with Winter
   Haven Police Department. I actually trust them. Polk is a piece of shit.
   4.   When I went to travel to find out about travel pay  the girl said you have to wait 4 months. WAIT A
   DAMN MINUTE. What? Okay. Be patient. But then I hear her tell another veteran a different time. Is this
   like a women thing? I began to complain. August 2023
   5.   I filed a dispute with my bank. USAA August 2023 they said we need tracing numbers. Nope Orlando
   VAMC refused to produce them.
   6.   USAA closed the dispute.
   7.   I file complaint against them with Consumer Protection Bureau. They had said  one time  they owe
   me nothing.
   8.   Back and forth with a man named Harold Hosty. I was missing travel .He was also rude to me. So I
   got rude and I got hostile. I needed travel pay. I tried to get a job manual labor. My body was struggling
   my arms began to swell. I was bruising easy I will go through bouts of diarrhea and then it would stop.
   And then it would pick up again and then it would stop. I'll be beginning to ITCH  now. I'm in a period
   where I can't wear earrings. My skin is itching and my stomach in an active flareup. I don't know what's
   wrong with it.

9.   At one time his boss or someone email me said to stop emailing. Threatening me. Told me to only email in case of ER. That is when I got the message that I was not allowed to message that group anymore. They blocked me. I didn't want to me accused of harassment. So I backed away and went to open source to see what I could find. Then you have a banner saying to not use secure message for ER. I won't call law enforcement for 911 for myself or first responders because I am afraid they will think I am faking, lying. So I handle it. I can't trust them to help me. I'm sorry. I can talk with WHPD, or FDLE some other police but I won't ask for help. I get in trouble. I can't risk that. It left me so confused. Isolated again. So whatever. So no help for travel.

10.  That is when I guess you can say I violated their privacy. I made connections to VA employees to terrorism and extremism organizations. I can prove it. I wouldn't have looked had they followed the rules .Besides open source intelligence is not illegal. I had to find out why they did the things they did.  I am sick of being treated like this. They are not untouchable. I see it all. They should know better

11.  I went to my Congressman named Scott Franklin. Date September 13, 2023. The Director alleged that I was paid  all my monies on 28 August 2023. A claim for plastic surgery was missing which was $200 because it was all the way in Melbourne. VA paid that consult and even got a HIPPA COMPLAINT FROM ME because when I walked into the office they had  a like a stacked office helper. It was 3 shelves. Facing the public was patients DOB, insurance, home addresses, diagnostics, etc. So VA is dealing with a clinic that is violating HIPPA and Veterans PII? NOT ON MY WATCH. I chewed them one side down the other. Made a report to HHS privacy. I am not quiet about this .

12.  I went back and filed another complaint against USAA. Same response.

13.  I went silent. I continued to struggle. Nobody cared.

14.  I go looking for an email and email travel. I get an email back from a man who says he is travel. His name is Daryl Richardson. He said that he wanted to help me . I didn't tell him that I had been cutting. I didn't want to deal with police. They view women differently. They don't view us the way they do men. Just look at how they fill jobs. He said you know we don't like dealing with civilians and you pissed in her Cheerios. I thought it was like an S&M thing I hadn't learned yet. I went to look it up. God. So smart but no common sense. God help us. He said he would send me the tracing document . I said thank you.

15.  I learned that he was a programmer. So how did he have access to that if you guys have separation of duties? He is a master user? A PROGRAMMER? That is what is wrong with you. You don't do that. Fix it. That is NOT ZERO TRUST .

16.  I submitted the tracing document to Consumer protection bureau again and to USAA. I filed regulatory complaints with every agency that controlled them. USAA said nope we don't have it. That does not exist. The very last time in writing they told me and consumer protection bureau that VA submitted the deposit to my MEMBER NUMBER. But I never gave a member number. NEVER. How do I know? Watch very closer. PLEASE.

17.  After re-reading the document sent to my Congressman I called another VA travel office. I do that to get information. Sorry. I was told to ask for "proof of payment" "statement of accounting" and told they have to give it to me. I wrote in my health e- vet to HOSTY what I wanted. HE VIOLATED MY RIGHTS. VIOLATED MY WILL- he does not belong at the VA. I want him FIRED. He should have went to ACCOUNTING/BENEFICIARY (whatever it's called) and said this veteran is asking for these documents by law we have to provide it. It was a legal requirement and he violated the law. .Instead he said No, we show it paid. Call accounting. I did. NO ANSWER which means he was part of keeping me away from travel monies.

18.  Now let's go to the next part .The director said that I had 30 days but during this whole time I had 1 whole year so the DIRECTOR lied to a Congressman. Why is he still employed? He signed the letter. Harold HOSTY lied to the director.

ENRICHING YOURSELF AND SAYING WELL WE KNOW YOU'RE HEAVILY DEPENDENT ON TRAVEL PAY BECAUSE YOU LIVE MONTH TO MONTH, SO NO HEALTHCARE CARE FOR YOU.

·   I WANT DAMAGES.
·   AND I NEED THEM TO LOOK AT MY ESOPHAGUS AND MY STOMACH BECAUSE I CAN'T KEEP GOING THROUGH THIS OF NOT BEING ABLE TO KEEP STUFF DOWN AND GOING THROUGH ONE OR TWO WEEKS OF MY STOMACH TORE UP AND NOT KEEPING STUFF DOWN I'VE CUT THE CAFFEINE

·   I WANT A SINGLE POINT OF CONTACT FOR TRAVEL
·   AND I WANT TO GO AHEAD WITH PLASTIC SURGERY

·   AND I WANT THE VA POLICE TO STAY AWAY FROM ME

### 1st and 4th Amendment Violations LAKE BALDWIN

I went to Lake Baldwin community based clinic to get help with travel. The man was mean, chased me, lied on me, accused me of harassment for taking his photo in a common area.

All I asked for was someone in charge. I asked for his name. He didn't respond so I have unique ways to identify people, report them.

He came flying off the chair in a fit of rage,

"You take my picture, you take my picture?" "I am getting the police." I hid the photo.

I didn't know they were were where I had to get a form.

He was whining like a kid," she took my picture."

I said you have no expectation of privacy. I always cover my face. I am not the idiot. My eyes and cheeks are covered and I developed a method to avoid reverse engineer of photos. Had he been nice to me I could have taught it to him. I don't teach mean people.

The VA police a FEDERAL LAW ENFORCEMENT OFFICER held me against my will. He said "wait wait" indicating I was not free to leave.

He said you can't take pictures or video here.

Yes I can because it's a common area.

Federal law enforcement doesn't know the law and violated my civil rights over travel pay.

This is why I don't like dealing with many law enforcement, they are dumb.

When he couldn't find the law, rules he got his supervisor.

The supervisor said I could take photo in the common area.

All I said is "if you don't like it you can fucking leave.""

The supervisor turned around and said I broke the law.

He said I am not allowed to use bad language ever on Federal property.

I said I have free speech. He said no your disorderly.

He said give me your ID. I said No.

I said what crime am I accused of?

He gave a CFR that VA interpreted that said free speech is not allowed anywhere on VA PROPERTY.

I said I am not giving you my ID in front of the that man .

He said let's go over here which was a corner.

I was afraid.

The man would not leave and continued to violate my space.

He shouted at me and VA police allowed it .

He said "you knew what you were doing." That was harassment and he never faced in charges.

They never asked him for his ID.

He said I was not free to leave and threatened me with harm if I didn't give up my ID.

I said no repeatedly.

I finally said you can shot me because I am not giving you my ID.
By this time my hands, legs were shaking. I was crying.

I said I would not be here if he didn't lie on me, make up something.

I said you can't control my speech as long as I am not making threats.

He threatened to give me a ticket.
I said give me the ticket and I will fight it.
He said I need your ID. He lied he already had my name.
I said no, your not getting my ID.

Cop said did you bring your ID?

I said yes.

19.  Now let's go to when I tried to fix it by going to Lake Baldwin and was chased by a VA employee and put in a corner by out of shape VA Cops. The female said to me after I made it back and showed me on her screen that no document existed and travel sent the deposits to account ending in 4046. What? I said I just closed that. She said they sent the travel pay there. This is when I was chased in January. See I had just listed the new Discover Bank account that VA is  putting compensation and pension in so I knew she wasn't lying. How did travel or accounting get the correct USAA account number to submit the deposits to but had the member number before? I think that was like an Alabama. Somebody went into the system and made edits without my consent. That's a privacy violation. I know they did it because I cussed that girl out, but if they would've just helped me get travel and explained to me that I needed a referral from Dr. Bart . because she was out of leave because she was pregnant for me to get mental healthcare, then I would've done it.  There was no reason for them to treat me and act the way that they did. So you asked them if I suffered enough for my consequence for whatever punishment like whatever I did wrong did I suffer enough?

20.  I was fed the hell up. I didn't know what else to do. I made a complaint to the FBI cyber division . I told them everything . The only thing that stopped me from doing something stupid is this cop I really like. I am sure he doesn't even know I exist. He actually disappeared. I can't find him. That's it. Like I seriously could not take anymore.

21.  Then I hear from Pensri-Kimoni M. Bermudez. She tries to explain away HOSTY. Not happening. Then she sealed it. She said that ACCOUNTING DELETED IT IN THE 28th of August 2023 which was the same day the  DIRECTOR SAID HOSTY SAID I WAS PAID. They lied.

B.   So, how do you get A tracing document from accounts that was never paid? that's forgery that's a crime. And how does USAA say that you have my member number but then the VBA says that you have the proper account number later that's a computer crime and it's a felony. And how was it that you can't produce any kind of documentation to show that I was paid and that USAA sent it back rejecting my privacy as request because it's about me so that's a violation of federal law.

C.    But then when I go to try to fix it, your employee says I can't take his picture, he chases me,  drags VA police into it  and it's a violation of my civil rights restraining me for doing nothing wrong ; instead of assigning me a patient advocate or the assistant director at Lake Baldwin. But you guys don't want veterans to cuss you out. I'm past that I  wanna find the person responsible for this and I wanna go knock on their damn door and find out where the fuck my money is.  At this point I've been charged interest high interest from USAA,  my Discover account,  my capital one accounts, my American Express, my Kohl's charge, I couldn't pay professional dues, the list goes on and on. Let's see  here I have like eight credit cards, and every time I went to go get medical care when you guys said that you would pay me travel I put gas expenses on that. I put toll expenses on that and then you didn't pay me. An interest is eating me alive because of you.  And I've waited six damn months.

How can your director sign his name on a document that has nothing but lies in it? But then you'll turn around and call me a liar and piggyback off of a stupid CID investigation that was later debunked and humiliated you in the end but you'll stand behind that damn document that he signed were a man just basically lied

AND JUST FOR THE RECORD I AM NON VIOLENT BUT I HAVE A RIGHT TO KNOW WHY THEY DID THIS. No one wants to take responsibility and I am the one hurt. Why? What did I do so wrong? Cussing someone out? Travel blames accounting, USAA blames VA; VA blames USAA.

THEY NEED TO EXPLAIN TO ME WHY IF USAA ACTUALLY SENT THE MONEY BACK THEY DIDN'T MAIL ME A CHECK THAT'S THE LAW.

BUT OF COURSE I AM HELD TO A MUCH HIGHER STANDARD AS USUAL.

NO MATTER WHAT I DID MY PUNISHMENT IS TOO GREAT FOR WHATEVER THEY THINK THAT I'VE DONE WRONG. YOU DON'T PUNISH SOMEBODY BY TAKING THEIR MONEY AWAY FROM THEM AND UNJUSTLY

They wouldn't let me leave . He called for more police. Like 3 of them. For one female. Only one was in shape and not Belligerent.

He said will you show it to me? I wanted to leave and that was the only way. Under force and duress he made me show ID then said ai am letting you go with a warning.

I filed a complaint and Orlando VA Chief of Police thought it was a joke. He said "if you upset a VA employee you can be arrested."

Well let me not hurt their damn feelings.

All for this because I needed to fix travel. So who cares about my feelings?  This is so hard to write.

I am requesting $1.5 million in damages.
A free speech class for the officers in ALL FLORIDA VA HOSPITALS.
I equate OBESE POLICE w/CIVIL RIGHTS VIOLATIONS. Hence I request you order them to mandatory weight loss treatment and emotional regulation therapy.

Had Orlando VAMC done their job on travel I would have never had to go there.

Orlando VAMC has had my routing and account numbers now 2 weeks and still REFUSES TO MAKE A DEPOSIT. They are unjustly enriching themselves. Please make them give me my money.


**IV**
**I have to pay those toll bills.**
**There is no money around to just pay basic living expenses because of what they have done.**
**I need the injunction now .**
**I am itching, need medical care.**
**I have screenshots from the one  employees insinuating violence from social media.**

**There is no other remedy to fix this. I have tried everything else. I called VISN 8, and they would not talk to me.**

**Orlando VAMC would not talk to me .**
**Everyone knows and thinks it's funny.**
**Washington DC knows and thinks it's funny .**
**A lady by the name of Lisa Sparveri who works at the directors office said "send me all you have and we will open a case and get you the funds." She was the one who I gave my direct deposit too. It's been time and time. Heard from her today no case has been opened and they are doing nothing. They don't care.**

**Chief of Accounting for VA named  Holly Hogan was supposed to call me to get it fixed. Nothing.**

**Please issue the injunction.**

**I attest that everything in this document is true.**

Christina D. Thundathil